UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60990-CIV-COHN/Snow

CHRISTINE MERCEK,

      Plaintiff,

v.

NORTHWEST AIRLINES CORPORATION, et al.,

      Defendants.
_____/

## O R D E R

THIS CAUSE is before the Court on counsel Andrew Holly's and Stephen Lucke's Motions to Appear *Pro Hac Vice* (DE 7 & 8). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED. Andrew Holly, Esquire, and Stephen Lucke, Esquire, are hereby permitted to enter limited appearances for purposes of representing the defendants **Northwest Airlines Corporation and Northwest Airlines, Inc. Group Medical Plan** in this cause; Kristina Pett, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 10th day of September, 2007.

                                                      LURANA S. SNOW
                                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

Susan Dolin, Esq. (P)
Kristina Pett, Esq. (Ds and Local Counsel for Holly and Lucke)
Andrew Holly, Esq. (Ds)
Stephen Lucke, Esq. (Ds)

Ms. Catherine Wade (MIA)
   Executive Service Administrator